UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

**CRIMINAL CASE NO. 03-21-DLB**
**CIVIL ACTION NO. 04-238-DLB**

**UNITED STATES OF AMERICA**                                                                                 **PLAINTIFF**

**VS.**                                <u>**ORDER AND JUDGMENT**</u>

**NOLBERTO SALINAS**                                                                  **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #61), and there being no objections filed by Defendant thereto; and the Court being advised;

      **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc #61) be, and it is, hereby **adopted** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. #1) be, and it is, hereby **dismissed**, and that this matter is hereby **dismissed with prejudice** and **stricken** from the docket of this Court.

      This \_\_25th\_\_ day of July, 2005.



Signed By:
<u>David L. Bunning</u>  DB
United States District Judge